UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SARAH GREIFMAN, individually and on
behalf of all others similarly situated,

                    Plaintiff,                  ORDER

v.

                                              19-CV-04625 (PMH)

GROSSMAN & KARASZEWSKI, PLLC,

                    Defendant.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

     A telephone conference was scheduled for 3:00 p.m. today. Counsel for plaintiff appeared; defendant did not appear. The Court hereby adjourns the telephone conference to **November 24, 2020 at 2:00 p.m.** At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831. It is further

     **ORDERED** that Defendant must obtain representation through a licensed attorney to appear in this case and the failure to do so may constitute grounds for entry of default judgment under Federal Rule of Civil Procedure 55. *See City of New York v. Mickalis Pawn Shop, LLC*, 645 F.3d 114, 130 (2d Cir. 2011); *Grace v. Bank Leumi Trust Co. of NY*, 443 F.3d 180, 192 (2d Cir. 2006); *Eagle Associates v. Bank of Montreal*, 925 F.2d 1305, 1310 (2d Cir. 1991). It is further

     **ORDERED** that Plaintiff's counsel shall deliver a copy of this Order, as well as a copy of the Court's Order dated October 14, 2020 (Doc. 42), to Defendant at its last known place of business and by e-mail, if any, and file proof of such service on the docket.

SO ORDERED:

Dated: New York, New York
       November 9, 2020

                                                      _____
                                                      Philip M. Halpern
                                                     United States District Judge