UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
SARAH GREIFMAN, individually and on
behalf of all others similarly situated,

                               Plaintiff,                              <u>ORDER</u>

v.

                                                             19-CV-04625 (PMH)
GROSSMAN & KARASZEWSKI, PLLC,

                              Defendant.
---------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

On July 15, 2020, the Court granted Defendant's counsel's request to withdraw and stayed the case for 30 days to permit the corporate Defendant to obtain new counsel. (Doc. 40). On October 14, 2020, as no notice of appearance had been filed on behalf of Defendant, the Court issued an Order scheduling a telephone conference for November 9, 2020, and warning Defendant that the failure to obtain representation through a licensed attorney to appear in this case may constitute grounds for entry of default judgment under Federal Rule of Civil Procedure 55. (Doc. 42). On November 9, 2020, Plaintiff's counsel appeared for the telephone conference; no counsel appeared on behalf of Defendant. The Court then issued an Order adjourning the telephone conference to today, November 24, 2020. (Doc. 43). The Court warned Defendant a second time that the failure to obtain representation could result in the entry of default judgment against it. (*Id*.). On November 10, 2020, counsel for Plaintiff filed proof of service of the Court's October 14 and November 9, 2020 Orders upon Defendant. (Doc. 44).

Counsel for Plaintiff appeared for the telephone conference today; Defendant did not appear. As of today, no notice of appearance has been filed on behalf of Defendant. Therefore,

the Court grants permission to Plaintiff to make a motion for a default judgment against Defendant to be presented to the Court by way of Order to Show Cause by December 24, 2020.

The Court further grants permission to Plaintiff to move pursuant to 28 U.S.C. § 1927 should she be so advised, to be included in the proposed Order to Show Cause for a default judgment. Plaintiff is directed to review and comply with the Court's Individual Practices, and shall proceed pursuant to the procedure set forth in Attachment A thereto.

Plaintiff's counsel is directed deliver a copy of this Order to Defendant at its last known place of business and by e-mail, if any, and file proof of such service on the docket.

SO ORDERED:

Dated: New York, New York
       November 24, 2020

_____
Philip M. Halpern
United States District Judge