**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SARAH GREIFMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>GROSSMAN & KARASZEWSKI, PLLC,<br><br>Defendant. | Docket No: 7:19-cv-04625-PMH |

## **(PROPOSED) DEFAULT JUDGMENT**

This action having been commenced by Plaintiff on May 20, 2019 by the filing of the Complaint; and a copy of a Summons and Complaint having been served on Defendant on June 4, 2019; and a proof of service having been filed on June 20, 2019; and Defendant having answered, but subsequently having failed to appear following the withdrawal of its counsel on July 15, 2020 expired; and the Court having entered a Default on November 24, 2020, it is

ORDERED, ADJUDGED AND DECREED: That Plaintiff have judgment against Defendant in the liquidated amount of $1,000 plus costs and disbursements of this action and reasonable attorneys' fees in the amount of $7,827.50, amounting in all to $8,827.50.

Dated: _____

_____

This document was entered on the docket on _____.

Barshay Sanders PLLC