**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SARAH GREIFMAN, individually and on
behalf of all others similarly situated,

                         Plaintiff,

                                                  19 **CIVIL** 4625 (PMH)

      -against-                                    **DEFAULT JUDGMENT**

GROSSMAN & KARASZEWSKI, PLLC,

                         Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Memorandum Opinion and Order dated March 31, 2021, Default Judgment is entered in favor of Plaintiff Sarah Greifman and against Defendant Grossman & Karaszewski, PLLC in the amount of $7,952.50 (representing $250 in statutory damages under the FDCPA and $7,702.50 in attorneys' fees and costs); accordingly, this case is closed.

**DATED**: New York, New York
            March 31, 2021

                                                            **RUBY J. KRAJICK**
                                                              _____
                                                                 **Clerk of Court**
                                                          **BY**: _____
                                                                   **Deputy Clerk**